UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 25-186-DLB

DAILIN PACHECO-ACOSTA                                                    PETITIONER

v.                                              **ORDER**

JAMES A. DALEY, et al.                                                    RESPONDENTS

\* \* \* \* \* \* \* \* \* \*

Plaintiff Dailin Pacheco-Acosta, through counsel, recently filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  Pacheco-Acosta claims that she is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Center in Newport, Kentucky.  Among other things, she requests that this Court order her immediate release.

Having reviewed Pacheco-Acosta's petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate her claims.  Thus, the Court will direct the Respondents to respond to Pacheco-Acosta's pleading within 14 days.

Accordingly, **IT IS ORDERED** as follows:

(1)     The Clerk of Court is directed to send a copy of Pacheco-Acosta's petition (Doc. # 1) and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer James A. Daley, at the Campbell County Detention Center.

1

(2) Within **14 days**, the United States Attorney's Office for the Eastern District of Kentucky and Jailer James A. Daley are directed to file a **response** to Pacheco-Acosta's petition. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the Response brief.

(3) Pacheco-Acosta shall file a **reply** in further support of her petition **within twenty-eight (28) days after the date of entry of this Order**.

This 14th day of November, 2025.

Signed By:
David L. Bunning  *DB*
Chief United States District Judge